## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA BOYD and ZACHARY BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:21-cv-00323-RLY-DLP |
| v. | ) |
| | ) Judge Richard L. Young |
| COMENITY BANK, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Barbara Boyd and Zachary Boyd ("Plaintiffs") and Defendant Comenity Bank ("Comenity"), by counsel, stipulate to the dismissal of all Plaintiffs' individual and putative class claims without prejudice with leave to reinstate within 30 days. After 30 days, the dismissal of Plaintiffs' individual claims shall become with prejudice, with each party bearing their own costs and expenses.

Respectfully submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan
Victor T. Metroff
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Phone: 630-575-8180
Fax: 630-575-8188
mbadwan@sulaimanlaw.com
vmetroff@sulaimanlaw.com

*Attorneys for Plaintiffs Barbara Boyd and Zachary Boyd*

/s/ James J. Morrissey
Anna-Katrina S. Christakis
James J. Morrissey
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph.: (312) 280-0441
Fax: (312) 939-0983
kchristakis@pilgrimchristakis.com
jmorrissey@pilgrimchristakis.com

*Attorneys for Defendant Comenity Bank*