**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| BARBARA BOYD and ZACHARY BOYD, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:21-cv-00323-RLY-DLP |
| | ) Judge Richard L. Young |
| COMENITY BANK, | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the Stipulation of Dismissal, (ECF No. 31), between Plaintiffs Barbara Boyd and Zachary Boyd ("Plaintiffs") and Defendant Comenity Bank ("Comenity"). The Court being fully advised in the premises, finds that the Stipulation should be granted.

IT IS THEREFORE ORDERED all Plaintiffs' individual and putative class claims are dismissed without prejudice with leave to reinstate within 30 days from the entry of this order. After 30 days, the dismissal of Plaintiffs' individual claims shall become with prejudice, with each party bearing their own costs and expenses.

SO ORDERED this 4th day of August 2021.

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana